SUNDAIL CONSTRUCTION COMPANY, INC., Appellant, *v.* LIBERTY BANK OF BUFFALO, Respondent.

Argued April 19, 1937; decided April 21, 1937.

*Perry E. Wurst, Jr.,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless a new undertaking is filed within ten days, in which event the motion is denied.